# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMY GREGORY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) Civil Action No. 12-cv-7351 |
| v. | ) |
| | ) Honorable Charles R. Norgle, Sr. |
| ARTHUR B.ADLER | ) |
| & ASSOCIATES, LTD., | ) |
| | ) |
| | ) |
| DEFENDANTS. | ) |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 58(a)

Plaintiff Amy Gregory hereby moves the Court for an Order of Judgment pursuant to Fed.R.Civ.P. 58(a), as follows:

1. On April 8, 2016, the Court entered the following Minute Entry:

**MINUTE entry before the Honorable Charles R. Norgle: Motion for new trial [91] is denied. Motion hearing held on 4/7/2016. Judgment is entered in favor of plaintiff in the amount of $1,000.00. Civil case terminated. Mailed notice(ewf, )**

2. Fed. R.Civ.P. 58(a) provides that "Every judgment and amended judgment must be set out in a separate document…". Fed.R.Civ.P. 58(a).

3. Further, Fed.R.Civ.P. 58 provides that "A party may request that judgment be set out in a separate document as required by Rule 58(a)." Fed.R.Civ.P. 58(d).

4. As judgment has not been entered in the Rule 58 form, Plaintiff requests that this Court direct the Clerk to enter judgment in a separate document pursuant to the requirements of Fed.R.Civ.P. 58.

WHEREFORE, for the foregoing reasons, Plaintiff requests that this Court direct the Clerk to enter judgment in a separate document pursuant to the requirements of Fed.R.Civ.P. 58(a).

| | |
|---|---|
| **The Law Office of M. Kris Kasalo, Ltd.**<br>**Mario Kris Kasalo**<br>**20 North Clark Street, Suite 3100**<br>**Chicago, Illinois 60602**<br>**tele 312.726.6160**<br>**fax 312.698.5054**<br>**mario.kasalo@kasalolaw.com** | **By: s/ Mario Kris Kasalo** |

## CERTIFICATE OF SERVICE

I, <u>Mario Kris Kasalo</u>, an attorney, certify that I shall cause to be served a copy of the above-titled document in this case that will be served via the method stated below, upon the following, on April 11, 2016:

| | |
|---|---|
| __X__ CM/ECF<br>_____ Facsimile<br>_____ Federal Express<br>_____ UPS<br>_____ Mail<br>_____ Messenger<br>_____ Email<br>_____ USPS Mail | *Attorney(s) for Defendant(s)*<br>Jeffrey Strange<br>717 Ridge Road<br>Wilmette IL 60091<br>jstrangelaw@aol.com |

**By: s/ Mario Kris Kasalo**